BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00140 LJO |
|---|---|
| Plaintiff, | MOTION TO DISMISS COUNTS ONE AND TWO OF THE SUPERSEDING INDICTMENT |
| v. | |
| SHANNON LESTER SORRELLS, | |
| Defendant. | |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves for an order dismissing Counts One and Two of the Superseding Indictment without prejudice as to the above-named defendant in the interest of justice.

Dated: October 1, 2015                                  BENJAMIN B. WAGNER
                                                        United States Attorney

                                                 By:    /s/ Megan A. S. Richards
                                                        Megan A. S. Richards
                                                        Jeffrey A. Spivak
                                                        Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>SHANNON LESTER SORRELLS,<br><br>                    Defendant. | CASE NO.  1:14-CR-00140 LJO<br><br>ORDER ON MOTION TO DISMISS COUNTS ONE AND TWO OF THE SUPERSEDING INDICTMENT |

<u>ORDER</u>

     Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing Counts One and Two of the Superseding Indictment as to the above-named defendant.  It is hereby ORDERED that Counts One and Two of the Superseding Indictment are dismissed as to the named defendant without prejudice.

IT IS SO ORDERED.

     Dated:    **October 1, 2015**                    /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE