BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00140 LJO |
|---|---|
| Plaintiff, | MOTION TO VACATE EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| SHANNON LESTER SORRELLS, | |
| Defendant. | |

The defendant has moved to suppress the following evidence, and a hearing has been set for October 6, 2015 at 8 a.m. for an evidentiary hearing on the motion:

1. Any and all evidence seized by law enforcement officers from the Paradise Avenue residence of the defendant, Shannon Sorrells, and all observations of, and testimony regarding, such evidence. This evidence was seized on June 17, 2014.

2. Any and all statements made by the defendant, Shannon Sorrells, to law enforcement agents during, in relation to, or after the seizure of the aforementioned evidence.

3. Any evidence derived from the items seized based on the June 17, 2014 search, i.e. any "fruit of the poisonous tree."

The evidence that the defendant seeks to suppress goes entirely to Counts One and Two of the Superseding Indictment. The United States has moved for an order dismissing Counts One and Two of the Superseding Indictment. (ECF 49). As such, the United States does not intend to offer any of the

evidence that the defendant seeks to suppress, and asks for the Court to order that it not do so.

The United States informed the defendant's attorney on September 30, 2015 that it would be filing the motion to dismiss counts one and two of the superseding indictment, and asked if the defendant would stipulate to vacating the hearing. Attorney for the defendant wanted to discuss the matter with his client. The government will talk to the attorney for the defendant again today and may be able to reach an agreement on the matter. However, because the hearing is next week, the government wanted to alert the court to the matter beforehand.

Because the United States will not offer any of the evidence that the defendant seeks to suppress, the United States believes there is no longer a need for an evidentiary hearing and moves for an order vacating the suppression hearing set for October 6, 2015 at 8:30 a.m. as moot.

Dated:  October 1, 2015                                    BENJAMIN B. WAGNER
                                                                               United States Attorney

                                                                    By:   /s/ Megan A. S. Richards
                                                                               Megan A. S. Richards
                                                                               Jeffrey A. Spivak
                                                                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SHANNON LESTER SORRELLS,<br><br>　　　　　　　　Defendant. | CASE NO.  1:14-CR-00140 LJO<br><br>ORDER VACATING EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS |

　　　The United States has represented that it will not use the evidence that is at issue in the defendant's Motion to Suppress dated August 31, 2015.  It is hereby ORDERED that the government not admit the following evidence in Case No. 1:14-cr-00140 LJO:

1. Any and all evidence seized by law enforcement officers from the Paradise Avenue residence of the defendant, Shannon Sorrells, and all observations of, and testimony regarding, such evidence.  This evidence was seized on June 17, 2014.

2. Any and all statements made by the defendant, Shannon Sorrells, to law enforcement agents during, in relation to, or after the seizure of the aforementioned evidence.

3. Any evidence derived from the items seized based on the June 17, 2014 search, i.e. any "fruit of the poisonous tree."

　　　Furthermore, it is Ordered that the Suppression Hearing set for October 6, 2015 at 8:30 a.m. be vacated as moot. This is without prejudice, should the Defendant object and have good reason to reset the hearing on an OST.  Trial is confirmed.

IT IS SO ORDERED.

　　　Dated:　**October 1, 2015**　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

MOTION TO VACATE SUPPRESSION HEARING　　　　3

MOTION TO VACATE SUPPRESSION HEARING                4