Kevin G. Little, SBN 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California   93747
Telephone:  (559) 342-5800
Facsimile:   (559) 420-0839
E-Mail:  kevin@kevinglittle.com

Attorneys for Defendant Shannon Sorrells

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SHANNON SORRELLS,<br><br>　　　　　　　　Defendant. | Case No. 1:14-CR-0140 LJO SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>ORDER ON PENDING MOTION FOR NEW TRIAL |

TO THE HONORABLE COURT:

WHEREAS the sentencing in this proceeding is currently scheduled for January 11, 2015, at 10:00 a.m.; and

WHEREAS there remain pending discovery issues that could impact arguments made at the time of sentencing; and

WHEREAS the parties are in agreement that the interests of justice weigh in favor of the defendant's being sentenced based on full information; and

WHEREAS the production of the pending discovery could take approximately 30 days from today's date,

Stipulation and Proposed Order

IT IS HEREBY STIPULATED that the sentencing hearing in this matter may be continued approximately 60 days, to and until March 7, 2016, or until another law and motion day in March 2016 that is convenient for the Court.

Dated: 1-5-16  /s/ Kevin G. Little
Kevin G. Little
Attorney for Defendant Shannon Sorrells

Dated: 1-5-16  /s/ Jeffrey A. Spivak
Benjamin G. Wagner
United States Attorney, E.D. California
Jeffrey A. Spivak
Assistant United States Attorney

Based on the parties' stipulation, the sentencing hearing in this matter is rescheduled to March 7, 2016, at 10:00 a.m.  Motion for New Trial will REMAIN as set for Monday, January 11, 2016 at 10:00am.

IT IS SO ORDERED.

Dated: January 6, 2016  /s/ Lawrence J. O'Neill
Lawrence J. O'Neill
United States District Judge