BENJAMIN B. WAGNER
United States Attorney
MEGAN A.S. RICHARDS
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SHANNON LESTER SORRELLS,<br><br>   Defendant. | CASE NO. 1:14-CR-00140-LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING;  ORDER**<br><br>Date:  March 7, 2016<br>Time:  10:00 a.m.<br><br>Hon.  Lawrence J. O'Neill |

### **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Shannon Lester Sorrells, by and through the defendant's counsel of record, hereby stipulate as follows:

1.   This matter initially was set for sentencing on January 11, 2016, before the Hon. Lawrence J. O'Neill. (ECF #80).

2.   On January 7, 2016, the Court granted the parties' stipulation to continue the sentencing to March 7, 2016.  (ECF #106).  The parties requested the continuance to address a discovery issue that defendant contends may impact his sentencing hearing.  Specifically, the defendant's discovery request pertained to copies of surveillance videos that were first requested before trial, but which were unavailable until recently.  The defendant contends these videos may have a bearing on one or more of the pretrial motions he filed, his decision to insist on going to trial, and issues pertaining to possible sentencing reductions or sentencing motions.

Stipulation to Continue Sentencing Hearing;
[Proposed] Order

1

3. On or about February 3, 2016, the United States produced 15 Blu-ray disks to the defendant. Those disks unfortunately could not be viewed on conventional DVD drives or Blu-ray players designed for home use. Accordingly, the United States loaned the defendant's counsel a Blu-ray reader/writer capable of playing the 15 disks on February 16, 2016.

4. On February 22, 2016, after having reviewed the videos on the Blu-rays disks, the defendant indicated those videos necessitated follow-up discovery requests, which he contends pertain to the same issues identified above in paragraph 2. The government received the defendant's further discovery requests on February 29, 2016.

5. The United States needs additional time to research and respond to these most recent discovery requests, which are fairly extensive.

6. The parties therefore stipulate, and for good cause request, that the Court continue the sentencing hearing from March 7, 2016 to May 9, 2016.

Dated: March 3, 2016                         BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ JEFFREY A. SPIVAK
                                                 Jeffrey A. Spivak
                                                 Assistant United States Attorney

Dated: March 3, 2016                         /s/ KEVIN G. LITTLE
                                             Law Offices of Kevin G. Little
                                             Attorney for Defendant Shannon Sorrells

**ORDER**

Based on the parties' stipulation, and finding good cause, the sentencing hearing in this matter is rescheduled to May 9, 2016 at 10:15 a.m.    There will be no more continuances of the sentencing.  If there are discovery matters to finish and/or motions to be filed, they are to receive workload priority commencing NOW (not tomorrow).  If either side is having difficulty getting the other side to move directly and quickly, both counsel are to contact the Court, and the matter will be placed on calendar within one Court day, or as soon as the Court is able, for hearing.  NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:   **March 3, 2016**                /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE